Montalvo Decl. Exh. 12

**From:** Laird, Ian
**Sent:** Friday, March 13, 2020 5:23 PM
**To:** Eric Montalvo; Boyle, Dennis E.
**Cc:** Jennifer Hooshmand; Qasimi, Enayat; Jasari, Blerina; Ricardo Pitts-Wiley; Ji-Eun Lee; Gellman, Staci; ica9
**Subject:** RE: ICC 24601/MK; Coronavirus

Dear Mr. Montalvo and Counsel,

Thank you for your email. These are indeed uncertain times and I extend best wishes for the health and safety of counsel, the parties and their families.

There are of course a number of options that can be taken in light of the evolving circumstances to maintain our schedule, including options (and I say this not indicating any prior decisions before hearing from the parties) for using videoconferencing in some manner for the hearing. However, I am mindful there may be unexpected impacts to which we may need to adjust. I request that the parties consider the following questions and we can plan to have a short teleconference mid-next week to discuss them in more detail.

- Do you expect the current circumstances in respect of the coronavirus situation will impact the next steps in the arbitration. If so, please detail the impact with respect to:
    - the filing of your submission on 27 March?
    - attendance at the hearing on 13-14 April in DC by counsel? By your client? By your witnesses (assuming they will be called)?
- Are there other reasons for or against the proposed "one month continuance"?
- Do you have any proposals as to how we can respond to such impacts to maintain our procedural schedule?

Are counsel available Wednesday morning, in the window between 10 am and noon for a short conference call? Please let me know by Monday morning and I will distribute a calendar invite.

Best regards,

**Ian A. Laird**
ilaird@crowell.com
Direct 1.202.624.2879  |  Firm Bio

**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
* Admitted to practice in Ontario, Canada and Licensed to practice as a Special Legal Consultant in the District of Columbia